389 P.2d 405

**Jose D. GALLEGOS, Petitioner,**

v.

**The STATE of New Mexico, Respondent.**

**No. 54 HC.**

Supreme Court of New Mexico.

Feb. 26, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied.

389 P.2d 405

**H. Marvin VAUGHN, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.**

**No. 53 HC.**

Supreme Court of New Mexico.

Feb. 26, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the motion for removal of writ of habeas corpus from the First Judicial District Court to the Supreme Court be and the same is hereby denied.

389 P.2d 405

**Wilma L. BEERY, as Personal Representative and Sole Surviving Heir-at-Law of Douglas E. Beery, Deceased, Petitioner,**

v.

**Honorable George L. ZIMMERMAN, Judge of the Third Judicial District of the State of New Mexico, within and for Doña Ana County, Respondent.**

**No. 7581.**

Supreme Court of New Mexico.

Feb. 26, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ and NOBLE, Justices, concurring; MOISE, Justice, being absent.

Ordered that in consideration of State v. White, 71 N.M. 342, 378 P.2d 379, and National American Life Insurance Company v. Baxter, 73 N.M. 94, 385 P.2d 956, the alternative writ of prohibition heretofore issued herein on February 12, 1964, be and the same is hereby made permanent.